IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| TYRONE SMITH, <br> No. 72431, <br> <br> Plaintiff, <br> <br> v. <br> <br> WICHITA COUNTY, <br> <br> Defendant. | § § § § § § § § § § § | Civil Action No. 7:22-cv-00011-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff Tyrone Smith's case is **DISMISSED** with prejudice.

**SO ORDERED** this 25 day of July, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE